| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/24/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -2 A 11: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | SELF EMPLOYED - ATTORNEY PRACTICE | $ 403.46 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | SELF EMPLOYED - ATTORNEY PRACTICE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ORIGINALLY PURCHASED BY ▬▬▬ | 1992 INFINITI AUTOMOBILE | $ 2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CASH, WACHOVIA BANK | A | Interest | K | T | | | | | |
| 2.  YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3.  ABB LTD SPON ADR | A | Dividend | K | T | BUY | 04/04 | K | | |
| 4.  AMERICA MOVIL S.A. DE C.V. SER L SPON ADR | | None | K | T | BUY | 09/22 | K | | |
| 5.  BG GROUP PLC SPON ADR | A | Dividend | K | T | | | | | |
| 6.  BHP BILLITON LTD SPON ADR | A | Dividend | K | T | BUY | 07/13 | K | | |
| 7.  Line 6 Continued | | | | | SELL | 12/29 | J | A | |
| 8.  BOEING COMPANY | A | Dividend | | | BUY | 07/13 | K | | |
| 9.  Line 8 Continued | | | | | SELL | 09/18 | K | A | |
| 10.  BURLINGTON RESOURCES COMMON | A | Dividend | | | SELL | 03/27 | K | E | |
| 11.  COHEN & STEERS QUALITY INCOME REALTY FUND | A | Dividend | | | SELL | 01/31 | J | A | |
| 12.  CAMECO CORP CANADA | A | Dividend | K | T | BUY | 07/13 | K | | |
| 13.  CHICAGO BRIDGE & IRON NY SHS | A | Dividend | | | SELL | 04/04 | K | A | |
| 14.  CHICO'S FAS INC | | None | | | SELL | 07/06 | K | A | |
| 15.  COACH, INC COMMON | | None | | | SELL | 05/17 | K | D | |
| 16.  COGNIZANT TECH SOLUTIONS CORP | | None | K | T | BUY | 07/13 | K | | |
| 17.  COLDWATER CREEK, INC. | | None | K | T | BUY | 01/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CONSTELLATION BRANDS INC CL A | | None | | | SELL | 01/31 | K | A | |
| 19. DIAGEO PLC NEW GB SPON ADR | A | Dividend | K | T | BUY | 07/13 | K | | |
| 20. FORTUNE BRANDS COMMON | | None | | | SELL | 01/31 | K | A | |
| 21. GARMIN LTD | A | Dividend | K | T | BUY | 04/04 | K | | |
| 22. GETTY IMAGES INC COMMON | | None | | | SELL | 03/14 | K | A | |
| 23. GILEAD SCIENCES INC | | None | K | T | BUY | 04/04 | K | | |
| 24. GLOBALSANTAFE CORP COMMON | A | Dividend | | | SELL | 06/13 | K | C | |
| 25. GOLDMAN SACHS GROUP INC | A | Dividend | K | T | BUY | 07/13 | K | | |
| 26. HILTON HOTELS CORP | A | Dividend | K | T | BUY | 07/13 | K | | |
| 27. ISHARES TRUST S & P MIDCAP 400 BARRA VALUE IND FUND | A | Dividend | | | PART SALE | 01/31 | J | B | |
| 28. Line 27 Continued | | | | | BUY | 04/04 | J | | |
| 29. Line 27 Continued | | | | | PART SALE | 07/13 | J | B | |
| 30. Line 27 Continued | | | | | SELL | 09/22 | K | A | |
| 31. LAS VEGAS SANDS CORP | | None | K | T | BUY | 09/22 | K | | |
| 32. MEMC ELECTRONIC MATERIALS INC | | None | K | T | BUY | 04/04 | K | | |
| 33. POWERSHARES VALUE LINE TIME | | None | K | T | BUY | 01/31 | K | | |
| 34. Line 33 Continued | | | | | BUY | 03/08 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Line 33 Continued | | | | | BUY | 03/09 | J | | |
| 36. Line 33 Continued | | | | | BUY | 03-10 | J | | |
| 37. Line 33 Continued | | | | | PART SALE | 09/15 | J | A | |
| 38. Line 33 Continued | | | | | PART SALE | 09/15 | K | A | |
| 39. PROCTER & GAMBLE CO. COMMON | A | Dividend | K | T | SELL | 04/04 | K | C | |
| 40. Line 39 Continued | | | | | BUY | 09/22 | K | | |
| 41. SANOFI-AVENTIS SA SPON ADR | A | Dividend | | | BUY | 04/04 | J | | |
| 42. Line 41 Continued | | | | | SELL | 07/13 | K | C | |
| 43. WHOLE FOODS MARKET, I NC COMMON | B | Dividend | | | SELL | 11/03 | K | D | |
| 44. STARBUCKS CORP COMMON | | None | K | T | BUY | 04/04 | J | | |
| 45. DANAHER CORP COMMON | A | Dividend | K | T | | | | | |
| 46. EBAY, INC. COMMON | | None | | | SELL | 04/04 | K | A | |
| 47. GEN'L ELECTRIC CO COMMON | A | Dividend | | | SELL | 01/31 | K | A | |
| 48. GOOGLE INC CL A | | None | | | BUY | 01/31 | K | | |
| 49. Line 48 Continued | | | | | SELL | 03/10 | K | A | |
| 50. NABORS INDUSTRIES LTD NEW (BERMUDA) | | None | | | SELL | 06/08 | K | D | |
| 51. SYNGENTA AG SPON ADR COM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. STATOIL ASA SPON ADR | B | Dividend | | | SELL | 06/08 | K | D | |
| 53. TRANSOCEAN INC ORD | | None | K | T | BUY | 01/31 | K | | |
| 54. Line 53 Continued | | | | | BUY | 04/04 | J | | |
| 55. UNITEDHEALTH GROUP INC | A | Dividend | | | BUY | 01/31 | K | | |
| 56. Line 55 Continued | | | | | SELL | 04/04 | K | A | |
| 57. WEATHERFORD INTL INC (BERMUDA) | | None | K | T | BUY | 04/04 | K | | |
| 58. Line 57 Continued | | | | | PART SALE | 12/29 | J | A | |
| 59. WELLPOINT, INC COMMON | | None | K | T | | | | | |
| 60. FREDDIE MAC COMMON | A | Dividend | | | SELL | 03/08 | L | E | |
| 61. TEMPLETON GLOBAL INCOME FUND (DELA) | A | Dividend | | | SELL | 03/08 | J | B | |
| 62. JOHN HANCOCK REGIONAL BANK FUND CLASS A | | None | | | SELL | 03/08 | K | B | |
| 63. JOHN HANCOCK CLASSIC VALUE FUND | B | Dividend | K | T | BUY | 03/09 | K | | |
| 64. MFS MASS INVESTORS GROWTH STOCK FUND CLASS C | | None | | | SELL | 03/08 | M | A | |
| 65. MUNDER NET FUND CLASS C | | None | | | SELL | 03/08 | J | A | |
| 66. ENTERPRISE MULTI-CAP GROWTH | | None | | | SELL | 03/08 | J | A | |
| 67. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | | | SELL | 03/08 | J | A | |
| 68. FIRST EAGLE OVERSEAS FUND CLASS | D | Dividend | K | T | SELL | 03/09 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| C | | | | | | | | | |
| 69. Line 68 Continued | | | | | BUY | 03/14 | K | | |
| 70. UBS MONEY MARKET | C | Dividend | L | T | | | | | |
| 71. US TSY INFL PROT NOTE | A | Interest | | | SELL | 03/08 | J | A | |
| 72. LORD ABBETT MIDCAP VALUE FUND CLASS C | D | Dividend | K | T | SELL | 03/09 | L | D | |
| 73. Line 72 Continued | | | | | BUY | 03/16 | K | | |
| 74. ISHARES COHEN & STEERS REALTY MAJORS INDEX FUND | | None | | | SELL | 01/31 | J | D | |
| 75. THORNBERG INTERNATIONAL VALUE FUND CL A | B | Dividend | L | T | BUY | 03/09 | K | | |
| 76. ISHARES TRUST S&P 500 INDEX | A | Dividend | K | T | BUY | 03/08 | K | | |
| 77. Line 76 Continued | | | | | BUY | 03/09 | J | | |
| 78. Line 76 Continued | | | | | BUY | 03/10 | J | | |
| 79. ISHARES TRUST US ENERGY SECTOR INDEX FUND | A | Dividend | L | T | BUY | 03/08 | K | | |
| 80. Line 79 Continued | | | | | BUY | 03/09 | K | | |
| 81. Line 79 Continued | | | | | BUY | 03/10 | J | | |
| 82. ISHARES TRUST S&P MIDCAP 400 VALUE INDEX | | None | K | T | BUY | 03/08 | K | | |
| 83. Line 82 Continued | | | | | BUY | 03/09 | J | | |
| 84. Line 82 Continued | | | | | BUY | 03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 85. ISHARES TRUST S&P SMALLCAP 600 VALUE INDEX FUND | A | Dividend | K | T | BUY | 03/08 | K | | |
| 86. Line 85 Continued | | | | | BUY | 03/09 | K | | |
| 87. Line 85 Continued | | | | | BUY | 03/10 | J | | |
| 88. ISHARES MCSI EMERGING MARKETS INDEX FUND | A | Dividend | L | T | BUY | 03/08 | K | | |
| 89. Line 88 Continued | | | | | BUY | 03/09 | J | | |
| 90. Line 88 Continued | | | | | BUY | 03/10 | J | | |
| 91. U.S. TRSY NOTE MATURES 5/15/06 | B | Interest | | | REDEMPTION | 05/15 | M | A | |
| 92. U.S. TRSY NOTE MATURES 5/15/07 | B | Interest | L | T | BUY | 05/15 | L | | |
| 93. AMERICAN FUNDS EURO PACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 94. SALOMON BROS EMERGING MK DB FD | | None | | | SELL | 01/02 | J | A | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE SELF EMPLOYED ATTORNEY PRACTICE INCOME REFERENCED IN PART III-A OF ▮▮▮▮ REPRESENTS COLLECTIONS OF 2004 CLIENT BILLINGS IN 2006. THE BILLINGS WERE RENDERED FROM THE PRACTICE OF LAW PRIOR TO APPOINTMENT AS A DISTRICT JUDGE.

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION I, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

LINE 61, MFS MASS INVESTORS GROWTH STOCK FUND CLASS C CHANGED VALUE CLASSIFICATIONS BETWEEN THE END OF THE PRIOR PERIOD (12/31/2005) AND THE DATE OF SALE OF THE INVESTMENT (3/8/2006) ENTIRELY DUE TO INCREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO ADDITIONAL PURCHASES OF THIS INVESTMENT TO REPORT.

LINE 69 - THORNBERG INTERNATIONAL VALUE FUND CHANGED VALUE CLASSIFICATIONS BETWEEN THE DATE OF PURCHASE (3/9/2006) AND THE DATE OF THIS REPORT (12/31/2006) DUE ENTIRELY TO UNREALIZED GAINS IN THE VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER PURCHASES TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu████████████████████████████████████ Date  6/27/2007

NOTE: ANY I███████████████████KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/24/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -7 A 10: 43 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | SELF EMPLOYED - ATTORNEY PRACTICE | $ 403.46 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE · |
|---|---|
| 1. 2006 | SELF EMPLOYED - ATTORNEY PRACTICE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ORIGINALLY PURCHASED BY ▓▓▓ | 1992 INFINITI AUTOMOBILE | $ 2,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | LAKE FOREST OLDSMOBILE, INC. | CAR LOAN | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH, WACHOVIA BANK | A | Interest | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. ABB LTD SPON ADR | A | Dividend | K | T | BUY | 04/04 | K | | |
| 4. AMERICA MOVIL S.A. DE C.V. SER L SPON ADR | | | K | T | BUY | 09/22 | K | | |
| 5. BG GROUP PLC SPON ADR | A | Dividend | K | T | | | | | |
| 6. BHP BILLITON LTD SPON ADR | A | Dividend | K | T | BUY | 07/13 | K | | |
| 7. Line 6 Continued | | | | | SELL | 12/29 | J | A | |
| 8. BOEING COMPANY | A | Dividend | | | BUY | 07/13 | K | | |
| 9. Line 8 Continued | | | | | SELL | 09/18 | K | A | |
| 10. BURLINGTON RESOURCES COMMON | A | Dividend | | | SELL | 03/27 | K | E | |
| 11. COHEN & STEERS QUALITY INCOME REALTY FUND | A | Dividend | | | SELL | 01/31 | J | A | |
| 12. CAMECO CORP CANADA | A | Dividend | K | T | BUY | 07/13 | K | | |
| 13. CHICAGO BRIDGE & IRON NY SHS | A | Dividend | | | SELL | 04/04 | K | A | |
| 14. CHICO'S FAS INC | | | | | SELL | 07/06 | K | A | |
| 15. COACH, INC COMMON | | | | | SELL | 05/17 | K | D | |
| 16. COGNIZANT TECH SOLUTIONS CORP | | | K | T | BUY | 07/13 | K | | |
| 17. COLDWATER CREEK, INC. | | | K | T | BUY | 01/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CONSTELLATION BRANDS INC CL A | | | | | SELL | 01/31 | K | A | |
| 19. DIAGEO PLC NEW GB SPON ADR | A | Dividend | K | T | BUY | 07/13 | K | | |
| 20. FORTUNE BRANDS COMMON | | | | | SELL | 01/31 | K | A | |
| 21. GARMIN LTD | A | Dividend | K | T | BUY | 04/04 | K | | |
| 22. GETTY IMAGES INC COMMON | | | | | SELL | 03/14 | K | A | |
| 23. GILEAD SCIENCES INC | | | K | T | BUY | 04/04 | K | | |
| 24. GLOBALSANTAFE CORP COMMON | A | Dividend | | | SELL | 06/13 | K | C | |
| 25. GOLDMAN SACHS GROUP INC | A | Dividend | K | T | BUY | 07/13 | K | | |
| 26. HILTON HOTELS CORP | A | Dividend | K | T | BUY | 07/13 | K | | |
| 27. ISHARES TRUST S & P MIDCAP 400 BARRA VALUE IND FUND | A | Dividend | | | PART SALE | 01/31 | J | B | |
| 28. Line 27 Continued | | | | | BUY | 04/04 | J | | |
| 29. Line 27 Continued | | | | | PART SALE | 07/13 | J | B | |
| 30. Line 27 Continued | | | | | SELL | 09/22 | K | A | |
| 31. LAS VEGAS SANDS CORP | | | K | T | BUY | 09/22 | K | | |
| 32. MEMC ELECTRONIC MATERIALS INC | | | K | T | BUY | 04/04 | K | | |
| 33. POWERSHARES VALUE LINE TIME | | | K | T | BUY | 01/31 | K | | |
| 34. Line 33 Continued | | | | | BUY | 03/08 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Line 33 Continued | | | | | BUY | 03/09 | J | | |
| 36. Line 33 Continued | | | | | BUY | 03-10 | J | | |
| 37. Line 33 Continued | | | | | PART SALE | 09/15 | J | A | |
| 38. Line 33 Continued | | | | | PART SALE | 09/15 | K | A | |
| 39. PROCTER & GAMBLE CO. COMMON | A | Dividend | K | T | SELL | 04/04 | K | C | |
| 40. Line 39 Continued | | | | | BUY | 09/22 | K | | |
| 41. SANOFI-AVENTIS SA SPON ADR | A | Dividend | | | BUY | 04/04 | J | | |
| 42. Line 41 Continued | | | | | SELL | 07/13 | K | C | |
| 43. WHOLE FOODS MARKET, I NC COMMON | B | Dividend | | | SELL | 11/03 | K | D | |
| 44. STARBUCKS CORP COMMON | | | K | T | BUY | 04/04 | J | | |
| 45. DANAHER CORP COMMON | A | Dividend | K | T | | | | | |
| 46. EBAY, INC. COMMON | | | | | SELL | 04/04 | K | A | |
| 47. GEN'L ELECTRIC CO COMMON | A | Dividend | | | SELL | 01/31 | K | A | |
| 48. GOOGLE INC CL A | | | | | BUY | 01/31 | K | | |
| 49. Line 48 Continued | | | | | SELL | 03/10 | K | A | |
| 50. NABORS INDUSTRIES LTD NEW (BERMUDA) | | | | | SELL | 06/08 | K | D | |
| 51. SYNGENTA AG SPON ADR COM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. STATOIL ASA SPON ADR | B | Dividend | | | SELL | 06/08 | K | D | |
| 53. TRANSOCEAN INC ORD | | | K | T | BUY | 01/31 | K | | |
| 54. Line 53 Continued | | | | | BUY | 04/04 | J | | |
| 55. UNITEDHEALTH GROUP INC | A | Dividend | | | BUY | 01/31 | K | | |
| 56. Line 55 Continued | | | | | SELL | 04/04 | K | A | |
| 57. WEATHERFORD INTL INC (BERMUDA) | | | K | T | BUY | 04/04 | K | | |
| 58. Line 57 Continued | | | | | PART SALE | 12/29 | J | A | |
| 59. WELLPOINT, INC COMMON | | | K | T | | | | | |
| 60. FREDDIE MAC COMMON | A | Dividend | | | SELL | 03/08 | L | E | |
| 61. TEMPLETON GLOBAL INCOME FUND (DELA) | A | Dividend | | | SELL | 03/08 | J | B | |
| 62. JOHN HANCOCK REGIONAL BANK FUND CLASS A | | | | | SELL | 03/08 | K | B | |
| 63. JOHN HANCOCK CLASSIC VALUE FUND | B | Dividend | K | T | BUY | 03/09 | K | | |
| 64. MFS MASS INVESTORS GROWTH STOCK FUND CLASS C | | | | | SELL | 03/08 | M | A | |
| 65. MUNDER NET FUND CLASS C | | | | | SELL | 03/08 | J | A | |
| 66. ENTERPRISE MULTI-CAP GROWTH | | | | | SELL | 03/08 | J | A | |
| 67. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | | | SELL | 03/08 | J | A | |
| 68. FIRST EAGLE OVERSEAS FUND CLASS | D | Dividend | K | T | SELL | 03/09 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | C | | | | | | | | | |
| 69. | Line 68 Continued | | | | | BUY | 03/14 | K | | |
| 70. | UBS MONEY MARKET | C | Dividend | L | T | | | | | |
| 71. | US TSY INFL PROT NOTE | A | Interest | | | SELL | 03/08 | J | A | |
| 72. | LORD ABBETT MIDCAP VALUE FUND CLASS C | D | Dividend | K | T | SELL | 03/09 | L | D | |
| 73. | Line 72 Continued | | | | | BUY | 03/16 | K | | |
| 74. | ISHARES COHEN & STEERS REALTY MAJORS INDEX FUND | | | | | SELL | 01/31 | J | D | |
| 75. | THORNBERG INTERNATIONAL VALUE FUND CL A | B | Dividend | L | T | BUY | 03/09 | K | | |
| 76. | ISHARES TRUST S&P 500 INDEX | A | Dividend | K | T | BUY | 03/08 | K | | |
| 77. | Line 76 Continued | | | | | BUY | 03/09 | J | | |
| 78. | Line 76 Continued | | | | | BUY | 03/10 | J | | |
| 79. | ISHARES TRUST US ENERGY SECTOR INDEX FUND | A | Dividend | L | T | BUY | 03/08 | K | | |
| 80. | Line 79 Continued | | | | | BUY | 03/09 | K | | |
| 81. | Line 79 Continued | | | | | BUY | 03/10 | J | | |
| 82. | ISHARES TRUST S&P MIDCAP 400 VALUE INDEX | | | K | T | BUY | 03/08 | K | | |
| 83. | Line 82 Continued | | | | | BUY | 03/09 | J | | |
| 84. | Line 82 Continued | | | | | BUY | 03/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ISHARES TRUST S&P SMALLCAP 600 VALUE INDEX FUND | A | Dividend | K | T | BUY | 03/08 | K | | |
| 86. Line 85 Continued | | | | | BUY | 03/09 | K | | |
| 87. Line 85 Continued | | | | | BUY | 03/10 | J | | |
| 88. ISHARES MCSI EMERGING MARKETS INDEX FUND | A | Dividend | L | T | BUY | 03/08 | K | | |
| 89. Line 88 Continued | | | | | BUY | 03/09 | J | | |
| 90. Line 88 Continued | | | | | BUY | 03/10 | J | | |
| 91. U.S. TRSY NOTE MATURES 5/15/06 | B | Interest | | | REDEMPTION | 05/15 | M | A | |
| 92. U.S. TRSY NOTE MATURES 5/15/07 | B | Interest | L | T | BUY | 05/15 | L | | |
| 93. AMERICAN FUNDS EURO PACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 94. SALOMON BROS EMERGING MK DB FD | | | | | SELL | 01/02 | J | A | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,091 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOPKINS, VIRGINIA E | 04/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE SELF EMPLOYED ATTORNEY PRACTICE INCOME REFERENCED IN PART III-A OF ███ REPRESENTS COLLECTIONS OF 2004 CLIENT BILLINGS IN 2006. THE BILLINGS WERE RENDERED FROM THE PRACTICE OF LAW PRIOR TO APPOINTMENT AS A DISTRICT JUDGE.

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION I, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

LINE 61, MFS MASS INVESTORS GROWTH STOCK FUND CLASS C CHANGED VALUE CLASSIFICATIONS BETWEEN THE END OF THE PRIOR PERIOD (12/31/2005) AND THE DATE OF SALE OF THE INVESTMENT (3/8/2006) ENTIRELY DUE TO INCREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO ADDITIONAL PURCHASES OF THIS INVESTMENT TO REPORT.

LINE 69 - THORNBERG INTERNATIONAL VALUE FUND CHANGED VALUE CLASSIFICATIONS BETWEEN THE DATE OF PURCHASE (3/9/2006) AND THE DATE OF THIS REPORT (12/31/2006) DUE ENTIRELY TO UNREALIZED GAINS IN THE VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER PURCHASES TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E | 04/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████     Date _May 6, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544